

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 SEP 18  AM 9: 59

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

19 J J Henry Road,
La Luz, New Mexico 88337

Case No. 18-857 MR

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of New Mexico
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before 23 Sep 2018 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Gregory B. Wormuth, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10 Sep 2018
1015 hrs

City and state: Las Cruces, New Mexico

*Judge's signature*

Gregory B. Wormuth, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-857 MR | 09/14/2018 @ | Arl Lee Cape |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Please see attached FBI Receipt for Property Seized, for details, including serial numbers. In summary, the following items were seized:

- 3 cell phones
- 5 laptop computers
- 1 IPad tablet
- 1 External hard drive
- 1 Internal hard drive
- 16 thumb drives
- 8 Compact flash disks
- 4 SD cards

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/18/2018

_Lisa Kite Hill_
Executing officer's signature

Lisa Kite Hill, Special Agent, FBI
Printed name and title

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305I-AQ-2969949

On (date) 09/14/18

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Joshua L. Cope

(Street Address) 19 JJ henry road

(City) La Luz, NM

Description of Item(s):
(1) Samsung cell phone (gray) model SCHU365 IMEID A00000 40426 346
(1) blue and silver USB thumb drive Curenco USA
(1) ASUS K52F laptop serial # unreadable windows product key# 4DTRW-M7PB8-6PVCF-66WH8-9M3D4
(1) lenovo type 4333 laptop S# R8-ED161 09/07
(1) IPAD in Lifeproof case w/ sticker "property of joshua L. cope"
(1) ASUS K52F laptop serial # B1NOBC127529036
various thumb drives inside plastic bag
various thumb drives
stack various documents/passwords
various memory cards and internal drive SN WXE109VZ6604
(1) pay pal document
(1) external hard drive and one thumb drive SN 52UCP3NOT5X4
(1) phone - ZTE openC phone IEMI 864509023103653
(1) phone - Kyocera hydro view black IEMI 014502002955895
(1) Apple laptop white computer IBookG4 model A1054 + power cord
(1) lenovo laptop SN WB06205626

Received By: (Signature) ARMIDA MACMANUS

Received From: (Signature) ARI LEE, SA

# ATTACHMENT A

DESCRIPTION OF LOCATION TO BE SEARCHED

The residence located at 19 J J Henry Road, La Luz, New Mexico 88337 is a single story manufactured home. The home's exterior is comprised of beige colored siding with a gable roof. When looking at the residence from J J Henry Road, the front door is inset at the right of the residence. A ramp lads up to the front door. The front door is covered by a white colored metal storm door. Directly to the left of the front door is a small window with white trim. Affixed to the front of the house are the numbers "19" and the work "Cope". The property consists of approximately one half acre, containing the manufactured home and three other buildings. The entire property is surrounded by a fence. The fence running along the front of the property is a wood privacy fence, and the remainder of the property is surrounded by a combination of chain link and wire fences. The other out buildings cannot be observed from the grounds outside of the fences, but have been observed via online publicly available aerial maps. No air surveillance has been conducted. Three large recreation vehicles are parked on the property. There are also multiple vehicles parked on the property, all of which are registered to one of the inhabitants of the property.

This location to be searched includes all buildings located at this address, as well as recreational vehicles and vehicles, insofar as items contained in Attachment B may reasonably be expected to be found in any of these buildings or vehicles.



# ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all evidence of violations of possession of child pornography under 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) that Joshua Cope has access to including but not limited to:

1. Any and all computer(s), computer hardware, computer software, electronic storage media (including any and all disk drives, compact disks, flash drives, cellular telephones, personal digital assistants (PDS), digital cameras and/or memory cards, or any other device capable of electronic storage of data and/or images), computer-related documentation, computer passwords and data-security devices, videotapes, video-recording devices, video-recording players, and video display monitors that are or may be used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography or child erotica.

2. Any cell phone possessed by Joshua Cope.

3. In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), or child erotica.

4. Any and all diaries or address books containing names or lists of names and addresses of individuals who have been contacted by use of the computer(s) or by other means for the purpose of distributing or receiving child pornography as defined in 18 U.S.C. § 2256(8), or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

1



5. Any and all notes, documents, records, or correspondence, in any format or medium (including envelopes, letters, papers, email messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce by any means (including the United States mail or computer) any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

6. Any and all records, documents, invoices and materials, in any format or medium (including envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an internet service provider.

7. Any and all cameras, film, videotapes or other photographic equipment capable of being used to produce, manufacture, store and/or conceal visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

8. Any and all diaries, notebooks, notes, and other records reflecting personal contact and other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

9. Any and all documents, records, or correspondence, in any format or medium (including envelopes, letters, papers, email messages, chat logs and electronic messages, and other digital data files), pertaining to the identity of any and all owners and/or users of any computers, computer media and any electronic storage devices discovered in the premises and capable of being used to produce, manufacture, store and/or conceal visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. §2256(2).

